Louis E. Garfinkel, Esq.
Nevada Bar No. 3416
Jody W. Hagins, Esq.
Nevada Bar No. 11983
REISMAN SOROKAC
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756
Email: lgarfinkel@rsnvlaw.com
Email: jhagins@rsnvlaw.com

Attorneys for Defendant Lyft, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANKIE R. PINEDA, an individual; MICHAEL A. ABENANTE, an individual; AMANDA ABENANTE, an individual and, LORRAINE CINTRON, an individual;<br><br>                    Plaintiffs,<br><br>vs.<br><br>NEAL HAKEEN SABREE, an individual; NICOLAS RAYGOZA, an individual, LYFT INC., a foreign corporation; DOES 1 through 10; ROE ENTITIES 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30,<br>                    Defendants. | Case No. 2:22-cv-01426-APG-BNW<br><br>**STIPULATION AND ORDER TO REMAND CASE TO STATE COURT** |

///

///

///

///

///

///

1

IT IS HEREBY STIPULATED by and between Plaintiffs, Frankie R. Pineda, Michael A. Abenante, Amanda Abenante, and Lorraine Cintron and Defendant Lyft, Inc., by and through their undersigned counsel, that this matter is remanded to the Eighth Judicial District Court, Clark County, Nevada, Case No. A-22-854149-C, Department 18.

Dated this 8th day of September, 2022.                Dated this 8th day of September, 2022.

**REISMAN SOROKAC**                                   **NETTLES | MORRIS**

*/s/ Louis E. Garfinkel, Esq.*                        */s/ Brian D. Nettles, Esq.*
Louis E. Garfinkel, Esq.                              Brian D. Nettles, Esq.
Nevada Bar No. 3416                                   Nevada Bar No. 7462
Jody W. Hagins, Esq.                                  Christian M. Morris, Esq.
Nevada Bar No. 11983                                  Nevada Bar No. 11218
8965 South Eastern Avenue, Suite 382                  1389 Galleria Drive, Suite 200
Las Vegas, Nevada 89123                               Henderson, Nevada 89014
Telephone:  702-727-6258                              Telephone:  702-434-8282

*Attorneys for Defendant, Lyft, Inc.*                 *Attorneys for Plaintiffs Frankie R. Pineda, Michael A. Abenante, Amanda Abenante, and Lorraine Cintron*

///
///
///
///
///
///
///
///
///
///
///
///
///

REISMAN SOROKAC
8965 SOUTH EASTERN AVENUE, SUITE 382
LAS VEGAS, NEVADA 89123
PHONE: (702) 727-6258 FAX: (702) 446-6756

*Pineda, et al. v. Sabree, et al.*
Case No. 2:22-cv-01426-APG-BNW

**<u>ORDER</u>**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED:_____

Respectfully submitted by:

**REISMAN SOROKAC**

*/s/ Louis E. Garfinkel, Esq.*_____
Louis E. Garfinkel, Esq.
Nevada Bar No. 3416
Jody W. Hagins, Esq.
Nevada Bar No. 11983
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone:  702-727-6258

*Attorneys for Defendant, Lyft, Inc.*